**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
RICHARD J. PULLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHARD J. PULLEY, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | CR.-S-05-368-LKK <br><br> STIPULATION AND ORDER TO CONTINUE THE JUDGMENT AND SENTENCE DATE TO TUESDAY, AUGUST 27, 2013 AND MODIFY THE SCHEDULE OF DISCLOSURE OF THE PRE-SENTENCE REPORT |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Todd Leras, and defendant Richard J. Pulley, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the current Judgment and Sentence date of Tuesday, July 9, 2013, can ve vacated and that a new Judgment and Sentence date of Tuesday, August 27, 2013, at 9:15 a.m. can be set before the Honorable Senior United States District Court Judge, Lawrence K. Karlton. The Court's availability on this date, August 27, 2013**,** has been confirmed.

**BACKGROUND**

On April 23, 2013, the jury returned a verdict of Guilty on Court.

//

//

1

# AMENDED SCHEDULE FOR DISCLOSURE
# OF PRE-SENTENCE REPORT

The parties and probation agree to the following amended schedule for the disclosure of the pre-sentence report:

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 18, 2013 |
| Counsels' written objections | July 9, 2013 |
| Pre-Sentence Report filed with the Court | July 16, 2013 |
| Motion for Correction of Pre-Sentence Report | July 30, 2013 |
| Reply | August 13, 2013 |
| Judgment and Sentence | August 27, 2013 |

Probation agrees with the continuance and the amended schedule.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 5-24-13        /s/ TODD LERAS
_____
TODD LERAS
ASSISTANT UNITED STATES ATTORNEY

DATED: 5-24-13        /s/ JAMES R. GREINER
_____
James R. Greiner
Attorney for Defendant
RICHARD PULLEY

**ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds request of the parties to be reasonable and therefore adopts the request of the parties as follows:

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 24, 2013 |
| Counsels' written objections | July 8, 2013 |
| Pre-Sentence Report filed with the Court | July 15, 2013 |
| Motion for Correction of Pre-Sentence Report | July 29, 2013 |
| Reply | August 12, 2013 |
| Judgment and Sentence | August 27, 2013 |

**Further, the Court Orders that the Judgment and Sentence date of Monday, July 9, 2013, is vacated and reset for August 27, 2013.**

**IT IS SO ORDERED.**

DATED: May 30, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT